USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/11/2025__



**MEMORANDUM ENDORSED**

875 THIRD AVENUE, NEW YORK, NY 10022
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

DIANNA D. MCCARTHY
DIRECT: 646.367.6516
DMCCARTHY@KBRLAW.COM

KENNETH G. ABEYRATNE
DIRECT: 646.367.6745
KABEYRATNE@KBRLAW.COM

February 11, 2025

<u>**VIA ECF**</u>

Honorable Gregory H. Woods, U.S.D.J.
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:  *Patrick Austin v. Hearth Restaurant Investors, LLC, et al.*,
        <u>Docket No.:    1:24-cv-08498-GHW</u>

Dear Judge Woods:

We represent the Defendants in the above-referenced matter. We write with the consent of Plaintiff's counsel to request a thirty-day adjournment of the initial conference, which is currently scheduled for February 19, 2025 at 4:00 pm. This is Defendants first request for an adjournment. Defendants are requesting this adjournment because we were recently retained to represent Defendant First Avenue Associates, LLC as opposed to just Defendant Hearth Restaurant Investors, LLC. This adjournment request would extend the deadline for all Defendants to respond to the Complaint by thirty days as well as submit the joint letter to the Court but no other deadlines. *See* ECF Dckt. No. 7.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Dianna D. McCarthy
Kenneth Abeyratne

Application granted. The initial pretrial conference scheduled for February 19, 2025 is adjourned to March 21, 2025 at 4:00 p.m. The deadline to submit the joint letter and proposed case management plan is extended to March 14, 2025.

SO ORDERED.

Dated: February 11, 2025
New York, New York

GREGORY H. WOODS
United States District Judge

NEW YORK    NEW JERSEY    CONNECTICUT    CALIFORNIA

11017639