

March 13, 2025

Hon. Judge Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2025
```

**MEMORANDUM ENDORSED**

RE:     **AUSTIN v. HEARTH RESTAURANT INVESTORS, LLC et al.**
          **DOCKET NO. 1:24-cv-8498**

Dear Judge Woods:

The undersigned represents Patrick Austin, the plaintiff in the above-referenced matter. I write to request a 30-day adjournment of the initial conference, currently scheduled for March 21, 2025. This request for an adjournment is made jointly by the parties.

Although the parties have held brief discussion, we have not yet conducted a Rule 26(f) conference or discussed the required initial conference submissions. Additionally, the parties are still discussing the issues raised in the complaint, and an assessment of the establishment at issue in this case is ongoing. The parties also believe that a 30-day adjournment will provide additional time to explore early settlement while minimizing costs.

Accordingly, the undersigned respectfully requests that Your Honor adjourn the conference for 30 days. Thank you for your time and consideration on this matter.

Respectfully,

/s/ Gabriel A. Levy

---

Application granted. The initial pretrial conference scheduled for March 21, 2025, is adjourned to April 28, 2025, at 2:00 p.m. The deadline for the parties to submit the joint letter and proposed case management plan outlined in the Court's November 13, 2024, order, Dkt. No. 7, is extended to April 21, 2025.

SO ORDERED.

Dated: March 13, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge