USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/2/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

Civil Action No.:
1:24-cv-8498

---

PATRICK AUSTIN,

                    Plaintiff,

         -against-

**STIPULATION OF DISMISSAL**

HEARTH RESTAURANT INVESTORS, LLC d/b/a
HEARTH and 200 FIRST AVENUE ASSOCIATES,
LLC,

                    Defendants.

---

It is hereby stipulated and agreed, by and between Plaintiff Patrick Austin ("Plaintiff"), and Defendants Hearth Restaurant Investors, LLC and 200 First Avenue Associates, LLC by and through their undersigned counsel, who are authorized to enter into this Stipulation, that Plaintiff's claims against Defendants shall be dismissed in their entirety, with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated: _____5/23_____, 2025

*Gabriel levy*
_____
Gabriel A. Levy, Esq.
1129 Northern Blvd, Suite 404
Manhasset, NY 11030Email: Glevy@glpcfirm.com
**Counsel for Plaintiff**

_____
Dianna D. McCarthy
Kenneth G. Abeyratne, Esq.
Kaufman Borgeest & Ryan LLP
875 Third Ave., 5th Floor
New York, New York 10022
Email: dmccarthy@kbrlaw.com
Email: kabeyratne@kbrlaw.com
**Counsel for Defendants**

The parties have stipulated to the dismissal of this action under Fed. R. Civ. P. 41(a)(1)(A)(ii).

SO ORDERED.

Dated:  June 2, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge